IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MILT'S SEAFOOD PLANT, INC., MICHAEL DOLFI, AND LINDA DOLFI, | § § § § | |
| Plaintiffs, | § § | No. 3:16-cv-00153 |
| V. | § § | JURY DEMAND |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Plaintiffs and Defendant have reached a settlement in this matter. The parties will submit an Agreed Stipulation of Dismissal with Prejudice within 60 days, or as otherwise directed by the Court. Due to the settlement of the case, the parties ask that all deadlines be abated, including the trial setting of January 22, 2018, for 60 days, or as otherwise directed by the Court, to ensure adequate time for the parties to sign the release.

Respectfully submitted,

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson, Attorney-In-Charge
Lead Attorney
State Bar No.: 24029862
Southern District Bar No.: 17055
Jacqueline Ihekwaba
State Bar No.: 24090179
Southern District Bar No.: 2971850

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
      jihekwaba@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of October, 2017, a true and correct copy of the foregoing was delivered to the following counsel of record via electronic mail and/or certified mail, return receipt requested and/or facsimile in accordance with local rules and the Federal Rules of Civil Procedure:

Michael S. Callahan
Casey M. Brown
The Callahan Law Firm
440 Louisiana Street, Suite 2050
Houston, Texas 77002
Email: efiling@thecallahanlawfirm.com
Fax: (713) 224-9001
*Counsel for Plaintiffs*

*/s/ Jacqueline Ihekwaba*
Jacqueline Ihekwaba