IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MILT'S SEAFOOD PLANT, INC., MICHAEL DOLFI, AND LINDA DOLFI, | § § § § | |
| Plaintiffs, | § § | No. 3:16-cv-00153 |
| V. | § § | JURY DEMAND |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Milt's Seafood Plant, Inc., Michael Dolfi, and Linda Dolfi and Defendant Acceptance Indemnity Insurance Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the _1st____ day of November, 2017.

Respectfully submitted,

/s/ Rhonda J. Thompson
Rhonda J. Thompson, Attorney-In-Charge
Lead Attorney
State Bar No.:  24029862
Southern District Bar No.:  17055
Jacqueline Ihekwaba
State Bar No.:  24090179
Southern District Bar No.:  2971850

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  rthompson@thompsoncoe.com
            jihekwaba@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**AND**

___/s/Casey Brown_____
MICHAEL S. CALLAHAN
Texas Bar No. 00790416
Federal Bar No. 18903
CASEY M. BROWN
Texas Bar No. 24031768
Federal Bar No. 30621
THE CALLAHAN LAW FIRM
440 Louisiana Street, Suite 2050
Houston, Texas 77002
(713) 224-9000 (telephone)
(713) 224-9001 (fax)
 Email: efiling@thecallahanlawfirm.com

**COUNSEL FOR PLAINTIFFS**